1  RENE L. VALLADARES
   Federal Public Defender
2  Nevada State Bar No. 11479
   NISHA BROOKS-WHITTINGTON
3  Assistant Federal Public Defender
   411 E. Bonneville, Ste. 250
4  Las Vegas, Nevada 89101
   (702) 388-6577/Phone
5  (702) 388-6261/Fax
   Nisha_Brooks-Whittington@fd.org

Attorney for James Nelson

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00183-GMN-BNW |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** |
| v. | (First Request) |
| JAMES NELSON, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Jared Grimmer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for James Nelson, that the Sentencing Hearing currently scheduled on July 7, 2021 at 10:00 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than sixty (60) days.

The Stipulation is entered into for the following reasons:

1. Counsel for the defendant needs additional time to gather mitigation information for Mr. Nelson, which is relevant to the sentencing disposition of this case.

2. The defendant is incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

This is the first stipulation to continue filed herein.

DATED this 28th day of June 2021.

| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
|---|---|
| */s/ Nisha Brooks-Whittington*<br>By_____<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender | */s/ Jared Grimmer*<br>By_____<br>JARED GRIMMER<br>Assistant United States Attorney |

||  |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | DISTRICT OF NEVADA |

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00183-GMN-BNW |
| Plaintiff, | **ORDER** |
| v. | |
| JAMES NELSON, | |
| Defendant. | |

IT IS ORDERED that the sentencing hearing currently scheduled for Wednesday, July 7, 2021 at 10:00 a.m., be vacated and continued to Wednesday, September 8, 2021, at the hour of 11:00 a.m. in Courtroom 7D before Judge Gloria M. Navarro.

DATED this __1__ day of ▮▮▮ 2021.
                 July

_____
UNITED STATES DISTRICT JUDGE