UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAMES NELSON,<br><br>　　　　Defendant. | Case No. 2:20-cr-00183-GMN-BNW<br><br>ORDER |

　　IT IS THEREFORE ORDERED that upon consideration of the Request to Extend Deadline for Filing Government's Response to Motion for Early Termination of Supervised Release, that the Government's Deadline to file the Response is extended to October 24, 2022.

　　DATED this __6__ day of October 2022.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Gloria M. Navarro, District Judge
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

3